FILED
JUL 28 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RICARDO CAMACHO-MERCADO, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | CASE NO. 09CR1704-GT <br><br> ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING |

ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the Sentencing Hearing in the above entitled case be continued from July 27, 2009, at 9:00 a.m. to August 27, 2008, at 9:00 a.m. The Defendant is in custody and time is excluded under the Speedy Trial Act.

Date July 27, 2009

HONORABLE GORDON THOMPSON, JR.
United States District Court Judge